ROBERT TAULER (SBN 241964)
Tauler Smith, LLP
626 Wilshire Boulevard, Suite 510
Los Angeles, CA 90017
Telephone: 310-590-3927
Email: rtauler@taulersmith.com

Attorney for Plaintiff
NUTRITION DISTRIBUTION, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORIA

| | |
|---|---|
| NUTRITION DISTRIBUTION, LLC, an Arizona Limit Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ENHANCED ATHLETE, INC. a Wyoming Corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:17-CV-01491-TLN-KJN<br><br>**JOINT STIPULATION; ORDER THEREON**<br><br>Date:<br>Time:<br>Place:<br><br>Judge: Troy L. Nunley<br><br>Trial Date: NOT SET |

IT IS STIPULATED, by and between PLAINTIFF and DEFENDANT (the PARTIES), by and through their respective attorneys of record, as follows:

Whereas, in the above captioned matter, PLAINTIFF filed a Complaint for False Advertising (COMPLAINT) against DEFENDANT on July 17, 2017 and

Whereas, the Complaint was served on DEFENDANT by mail on July 24, 2017; and

Whereas, based on a service date of July 24, 2017, DEFENDANT'S response to the COMPLAINT is due on August 14, 2017; and

1
JOINT STIPULATION AND ORDER THEREON

Whereas, PLAINTIFF and DEFENDANT are engaged in settlement discussions which will hopefully resolve this matter without further litigation.

NOW THEREFORE, the PARTIES agree as follows:

PLAINTIFF agrees that DEFENDANT will have a thirty (30) day extension from August 14, 2017 to respond to the COMPLAINT to allow the PARTIES to engage in and conclude settlement discussions to resolve this matter;

In the event the settlement discussions are not successful, DEFENDANT'S response to the COMPLAINT will be due on September 13, 2017 (30 days from August 14, 2017).

**IT IS SO STIPULATED**


Dated:_____8/10/2017_____          Tauler Smith, LLP

                                     By:_____/s/Robert Tauler_____
                                         Robert Tauler
                                         Attorneys for PLAINTIFF


Dated:_____8/10/2017_____          Law Offices of Judith L. Whitman

                                     By:_____/s/Judith L. Whitman_____
                                         Judith L. Whitman
                                         Attorneys for DEFENDANT

**ORDER**

Based on the Stipulation of the parties and good cause appearing therefore, **IT IS SO ORDERED.**

Dated: August 16, 2017

_____
Troy L. Nunley
United States District Judge