

Robert Tauler <rtauler@taulersmith.com>

---

**Fwd: Enhanced Athlete Sued!! Freedom Under Attack**

---

**Billy G** <wgallagher01@verizon.net>   Mon, Sep 18, 2017 at 6:25 AM
To: vsaryan@taulersmith.com, GPeles@taulersmith.com, RTauler@taulersmith.com

you guys are greedy, and aren't helping anybody but yourselves with this.

Sent from BlueMail
On Sep 17, 2017, at 11:46 PM, Enhanced Athlete <roberttaulerinfo@gmail.com> wrote:



View on Web | Contact

# Enhanced Athlete's Existance In Peril!!!

Greetings fellow Friends of Freedom and Pioneers of Human Evolution.  I am sure some of you were wondering why we have removed SARMs from public view and why so many things have changed on our Web Site recently.  Well, it is because we have been sued.  Some of you might already be aware of Tauler & Smith, the Law firm that failed to win in it's case against Iron Mag Labs last year.  Well, they are at it again, but this time they picked a fight with the wrong guys.

Here is a quick background, Robert Tauler, A Harvard graduate (read 1%er),  has decided that the FDA is not doing their job well enough, and/or his interpretation of what a research chemical is should supercede what has long been accepted by society over the past several decades.  Due to a combination of greed and malice, Tauler and his cronies have sued hundreds of companies that sell sarms to researchers such as yourselves.  So far they have been fairly successful extorting small business owners for tens of thousands of dollars.  Tauler & Co. have made it their personal vendetta to remove ALL ACCESS to sarms and are attempting to make millions while doing so.  We have reason to believe that he has contacted the FDA, the Wall Street Journal, and other publications in an attempt to create enough smoke that one goverment agency or the other will come shut down the industry entirely.  They are attempting to take away your right to choose what you can and cannot experiment on yourself.

We have remained silent ever since the Law suit was filed two months ago because we were attempting to reason with them and we wanted to wait until after the Olympia was over to go to battle. It is obvious that their arguement is invalid and erroneous. you can see a copy of their complaint here:

## Copy of Law Suit

We are confident that we wil be able to beat all claims in this law suit, but we are unsure how all the publicity will affect our industry. I recall a friend of mine who was getting sued once for an equally baseless claim. He was successful in convincing the Plaintiff and the Plaintiff's attorney to backdown entirely because his fans crippled both's ability to conduct business. Of course, we are not saying "you" should do this, as that would be illegal. I am legally allowed to tell you what he did and the effecct it had, and then you can come to your own conclusions. What you do from here is your own decision. The following is a list of things his fans did followed by the contact information for everyone that works at that office.

**Fax Machine:**

Sent 50-100 pages of all black paper as to burn through all their toner and overheat fax machine

Put the number in a robo-dialer so no other faxes can be received since line constantly busy

**Phone number:**

Called to tell their opinion about the lawsuit

Called to tell their experience with SARMs and how it benefited them

Just called and hung up

Put number in robo dialer and/or signed it up to various promotion sites so it was constantly receiving phone calls from solicitors.

Filled up voicemail so no other clients were able to leave messages

Kept phone line ringing 24/7 so no other clients could reach the attorney, thus crippling their ability to operate

**Web Site:**

Some of the more advanced customers were able to create a DDOS attack on the site, shutting it down entirely.

Customers would go to the web site of the Plantiff, make an order and then call their own credit card company and dispute the charge. Over 1% chargebacks results in the loss of credit card merchant account, thus shutting down the web site's ability to make online sales.

**Emails:**

Fans emailed all members of the staff of the law firm multiple times a day asking legitimate questions or making valid statements so as not to run afoul of harrassment charges. They did this so that internal pressure from the office resulted in the law suit not being worth the loss of other business.

**Physical Address:**

Fans would show up to the office and make it very clear as to what they thought about the attorney attempting to threaten their freedom of choice.

Nails and other debris kept getting found all over the parking lot

Homeless people were paid to go into the office and make it a rather unpleasnt place

We need more information on the owner of plaintiff organization as well as Tauler & Smith. For example,in my friend's case, someone found out the name of the lawyer's and plaintiff's wives and shared their employment information. The barrage of calls and emails directed towards their significant other's place of employment resulted in their pending termination of said job unless the barrage stopped. Obviously, they withdrew the case instead of getting a divorce or having his wife lose her job.

We would love to speak to any former disgruntled employees for plaintiff organization

We need as much information as you can disccover, nothing is to small or insignificant to share. Girl friend's or wive's names, places of employement, phone numbers or addresses. Any contact information for anyone that works with the plaintif or attorney, ie cell phone numbers home addresses etc.

Please email information to RobertTaulerInfo@gmail.com

or share on our Forum at:

Enhanced Athlete Forum

**Once the lawsuit is withdrawn we promise to have a 1 day 50% off everything sale.. with at least a three day advanced notice**

Here is all the contact information

Robert Tauler, Esq.

RTauler@Taulersmith.com

Matthew  J. Smith

MSmith@TaulerSmith.com

Daniel Forouzan

DForouzan@TaulerSmith.com

Kenny Kupers

KKupers@TaulerSmith.com

John L. Lin

JLin@TaulerSmith.com

Gil Peles

GPeles@TaulerSmith.com

Valerie Saryan

VSaryan@TaulerSmith.com

Kevin Valsi

KValsi@TaulerSmith.com

IT MIGHT BE EASIER TO COPY AND PASTE THE FOLLOWING

RTauler@Taulersmith.com, MSmith@TaulerSmith.com, DForouzan@TaulerSmith.com, KKupers@TaulerSmith.com, JLin@TaulerSmith.com, GPeles@TaulerSmith.com, VSaryan@TaulerSmith.com, KValsi@TaulerSmith.com,

Case 2:17-cv-01491-TLN-KJN   Document 8-2   Filed 09/20/17   Page 5 of 5

Tauler Smith LLP

626 Wilshire Blvd., Suite 510

Los Angeles, CA 90017

Phn: (310) 590-3927

Fax: (310) 943-1455

www.taulersmith.com

Plaintiff Nutrition Distribution, LLC, d/b/a Athletic Xtreme

http://www.athleticx.net/

support@athleticx.net

Phn: 1-888-388-7566 <- bogus phone number that redirects you to email support.

All it taks for Evil and Greed to conquer the Good and the Free is for good men to stand by and do nothing. Lawyers and Politicians have already done too much to restrict our ability to chose.  Whether or not you will allow that to happen is up to you.  I know what we are going to do, we are going to stand up and FIGHT FOR FREEDOM!!!

P.S. Robert Tauler & Co.  I know you are reading this. FUCK YOU!!!

©2017 Enhanced Athlete Inc.
All rights reserved.

UNSUBSCRIBE