**RUTAN & TUCKER, LLP**
Michael Adams (State Bar No. 185835)
madams@rutan.com
Damon Mircheff (State Bar No. 216257)
dmircheff@rutan.com
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendant
Enhanced Athlete, Inc.,
a Wyoming corporation

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ENHANCED ATHLETE, INC., a Wyoming corporation, DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01491-TLN-KJN<br><br>Hon. Troy L. Nunley<br><br>**ORDER FOR PLAINTIFF NUTRITION DISTRIBUTION, LLC TO FILE PROPOSED FIRST AMENDED COMPLAINT**<br><br>Action filed: 7/17/17 |

Whereas, plaintiff Nutrition Distribution, LLC, dba Athletic Xtreme ("Nutrition Distribution") filed a motion for leave to file a first amended complaint ("Motion") [dkt no. 24] in the substance and form that Nutrition Distribution included with its Motion [dkt. no. 24-1];

Whereas, Nutrition Distribution and Defendant Enhanced Athlete, Inc. ("Enhanced Athlete") have stipulated that Nutrition Distribution may file the proposed first amended complaint included with its Motion on or after January 5, 2018 [dkt. no. 28].

/ / /

Based on the foregoing, the Court ORDERS that Nutrition Distribution may file the proposed first amended complaint included with its motion [dkt no. 24-1] on or after January 5, 2018, but by no later than January 8, 2018.

Dated: December 29, 2017

Troy L. Nunley
United States District Judge