UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION, LLC, | No. 2:17-cv-01491-TLN-KJN |
| Plaintiff, | |
| v. | ORDER |
| ENHANCED ATHLETE, LLC, et al., | |
| Defendants. | |

An informal telephonic discovery conference was held on April 13, 2018, at 3:00 p.m., before the undersigned. Appearing telephonically were Robert Tauler for plaintiff and Michael D. Adams and Damon Mircheff for defendants. After considering the parties' joint informal discovery dispute letter and oral arguments made during the conference and an agreement of the parties, IT IS HEREBY ORDERED that:

1. On May 29, 2018, beginning at 9:00 a.m., Anthony Hughes SHALL BE DEPOSED in person in Los Angeles, California, at a location to be determined and noticed by Mr. Tauler, unless the parties mutually stipulate to a different date, time, and location certain.

IT IS SO ORDERED.

Dated: April 16, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1