1  RUTAN & TUCKER, LLP
   Michael D. Adams (State Bar No. 185835)
2  madams@rutan.com
   Damon D. Mircheff (State Bar No. 216257)
3  dmircheff@rutan.com
   611 Anton Boulevard, Suite 1400
4  Costa Mesa, California 92626-1931
   Telephone: 714-641-5100
5  Facsimile: 714-546-9035

6  Current Attorneys for Defendants
   Enhanced Athlete, Inc. and
7  Scott Cavell

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION LLC, an Arizona Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ENHANCED ATHLETE, INC., a Wyoming Corporation, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01491-TLN-KJN<br><br>Hon. Troy L. Nunley<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS ENHANCED ATHLETE, INC. AND SCOTT CAVELL [LOCAL RULE 182(g)]**<br><br>Action filed: July 17, 2017<br>Trial date: Not Set |

Notice is hereby given that, subject to the Court's approval, defendants Enhanced Athlete, Inc. ("Enhanced Athlete") and Scott Cavell ("Cavell") substitute attorney Richard Grey, Law Office of Richard N. Grey, California State Bar No. 50657, as counsel of record for Enhanced Athlete and Cavell in the above-captioned action, in place of Rutan & Tucker, LLP and attorneys Michael Adams, Damon Mircheff and Brian Berggren.

The contact information for new counsel Richard Grey is:

Law Office of Richard N. Grey
6200 Canoga Ave. Ste. 101
Woodland Hills, California, 91367
telephone: 818-345-9780
facsimile: 818-479-9560
richard@greylaw.biz

**I CONSENT TO THE ABOVE SUBSTITUTION**

Dated: May _2_, 2018        Enhanced Athlete, Inc.

By: /s/
Scott Cavell, its CEO

Dated: May _2_, 2018        /s/
Scott Cavell

Dated: May _8_, 2018        Rutan & Tucker, LLP

By: /s/
Michael Adams
Present attorneys for defendants
Enhanced Athlete, Inc. and Scott Cavell

Dated: May _5_, 2018        Law Office of Richard N. Grey

By: /s/
Richard N. Grey
[Proposed] new attorney for defendants Enhanced Athlete, Inc. and Scott Cavell

The substitution of attorney is hereby approved.

IT IS SO ORDERED

Dated: May 11, 2018

_____
Troy L. Nunley
United States District Judge