Robert Tauler (SBN 241964)
Tauler Smith LLP
626 Wilshire Boulevard, Suite 510
Los Angeles, California 90017
Tel: (310) 590-3927
rtauler@taulersmith.com

Attorneys for Plaintiff Nutrition Distribution, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION, LLC, an Arizona limited liability company,<br><br>            Plaintiff,<br><br> v.<br><br>ENHANCED ATHLETE, INC., a Wyoming corporation; SCOTTS SUPPLEMENTS, LLC, a Delaware limited liability company; SCOTT E. CAVELL, an individual; CHARLES ANTHONY HUGHES, an individual, ENHANCED RX, an entity form unknown; ENHANCED CHEMICALS, an entity form unknown, and DOES 1 through 10, inclusive,<br><br>            Defendants. | No. 2:17-cv-01491-TLN-KJN<br><br>**Hon. Troy L. Nunely**<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41(a)(1)(A)(i), that the parties have reached a settlement in this action.  The parties expect to finalize the execution of the terms of settlement agreement within thirty (30) days of this notice, upon which they will file papers with the Court terminating this action.

Respectfully submitted this 9th day of May, 2019

TAULER SMITH LLP


By:  _/s/ *Robert Tauler*_____
Robert Tauler, Esq.
Attorney for Plaintiff
Nutrition Distribution, LLC

NOTICE OF SETTLEMENT

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

 I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action. My business address is 626 Wilshire Blvd., Suite 510, Los Angeles, CA 90017. On May 9, 2019 I served **NOTICE OF SETTLEMENT** to:

Antony R. Pizarro
Pizarro Law Firm
350 10th Avenue, Suite 1000
San Diego, CA 92101
*Attorney for Defendants*

☒  (BY E-MAIL OR ELECTRONIC TRANSMISSION)

 I served the above-referenced document by electronic mail to the e-mail address of the addressee(s) pursuant to Rule 2.260 of the California Rules of Court.  The transmission was complete and without error and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (BY MAIL)

 ☐ I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

 ☐ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service.  The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such business.

☒ (STATE)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

 Executed on May 9, 2019 in Los Angeles, California

       *Luca Strum*
        Signature